```
               IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON

CHERYL A. GARTMAN,

                  Plaintiff,        Civil No. 06-1366-JE

          v.                        JUDGMENT

MICHAEL J. ASTRUE, COMMISSIONER
of SOCIAL SECURITY,

                  Defendant.
```

Based on the Court's Opinion and Order filed on February 4, 2008, this matter is REMANDED to the Agency for an award of benefits.

Dated this  5th  day of   February  , 2008.

                                                            /s/ John Jelderks
                                           John Jelderks
                                           United States Magistrate Judge