UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CHERYL A. GARTMAN**,                                         CV 06-1366-JE

      Plaintiff,

vs.

**MICHAEL J. ASTRUE**,                               ORDER FOR EAJA FEES
**COMMISSIONER of Social Security**,

      Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7499.00, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney.

DATED this 1st day of April, 2008.

                                                                        /s/ John Jelderks
                                                                        HON. JOHN JELDERKS
                                                                        UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff